IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL O. ROBERTSON #106563 | PLAINTIFF |
| v. Case No. 4:21-cv-00976-LPR | |
| ERIC S. HIGGINS, Sheriff, Pulaski County; and LEO DOE, Commissary | DEFENDANTS |

## ORDER

The Court has received a Proposed Findings and Recommendation ("PFR") from United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.[1] After a careful and *de novo* review of the PFR, the objections, and the record, the Court adopts the PFR in its entirety.

Accordingly, the Amended Complaint (Doc. No. 13) is dismissed without prejudice for failing to state a claim upon which relief may be granted. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment is considered frivolous and not in good faith.[2]

IT IS SO ORDERED this 4th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court treats all the post-PFR submissions by Plaintiff as timely objections.
[2] About 20 days after Judge Volpe issued the PFR, Plaintiff filed another motion to amend his complaint. The proposed amendment doesn't change the correctness of Judge Volpe's PFR.