IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL O. ROBERTSON**  **PLAINTIFF**
**#106563**

v.  Case No. 4:21-cv-00976-LPR

**ERIC S. HIGGINS, Sheriff, Pulaski County; and**
**LEO DOE, Commissary**  **DEFENDANTS**

## JUDGMENT

 Consistent with the Order entered today, it is considered, ordered, and adjudged that Plaintiff's claims are dismissed without prejudice and this case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order is considered frivolous and not in good faith.

 IT IS SO ADJUDGED this 4th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE